

# NUMBER 13-19-00414-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

BRAYAN OLIVER MELCHOR,                                              Appellant,

v.

THE STATE OF TEXAS,                                                       Appellee.

### On appeal from the 430th District Court
### of Hidalgo County, Texas.

# ORDER OF ABATEMENT

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

This appeal is before the Court on appellant's motion to supplement the record to

include State's Disclosures Under Brady v. Maryland and the Michael Morton Act as well

as judgments from co-defendant's criminal cases

When a relevant item has been omitted from the clerk's record, the appellate court

may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplemental clerk's record containing the omitted item or items. *See* TEX. R. APP. P. 34.5(c)(1). Accordingly, the motion to supplement is hereby GRANTED and this appeal is ABATED.

The trial court clerk of the 430th District Court of Hidalgo County is directed to prepare a supplemental appellate record in this case to include the State's Disclosures filed on September 11, 2019. The 430th District Court of Hidalgo County is further directed to make findings whether the judgments for the related judgments requested in appellant's motion are relevant and necessary for purposes of this appeal. The supplemental record shall be filed with this Court within 30 days from the date of this order.

It is further ordered, this appeal will be reinstated upon receipt of the supplemental clerk record, and Appellant's brief is due sixty days after the supplemental record is filed.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
24th day of February, 2020.